DocuSign Envelope ID: 99C25751-A5FD-4CF3-88CC-41ABACD7AF0D

## Commercial Lease Agreement

Uncle Nearest Real Estate Holdings, LLC and Humble Baron, Inc.

This Commercial Lease Agreement ("Lease") is made and effective March 1, 2023, by and between **Uncle Nearest Real Estate Holdings, LLC** ("Landlord") and **Humble Baron, Inc.** ("Tenant").

Landlord is the owner of land and improvements commonly known and numbered as **3125 US-231 North, Shelbyville, TN 37160** (the "Property").

Landlord desires to lease to Tenant that certain improved space on the Premises known as Humble Baron and identified in the attached Exhibit A (the "Leased Premises") for the term, at the rental and upon the covenants, conditions and provisions herein set forth.

THEREFORE, in consideration of the mutual promises herein contained and other good and valuable consideration, it is agreed:

1.     Term.  Landlord hereby leases the Leased Premises to Tenant, and Tenant hereby leases the same from Landlord, for a twenty-four (24) month term beginning on the date of execution of this agreement, and automatically renewing for successive one year periods, unless terminated based on 30 day's prior written notice. Either Tenant or Landlord may unilaterally terminate this agreement upon reasonable notice to the other party based on 30 day's prior written notice.

2.     Rental.  Tenant shall pay to Landlord the rents in the amounts following: $5,000 per month, commencing on April 1, 2023. Each payment shall be due in advance on the first day of each calendar month during the lease term to Landlord at 600 North Main Street, Suite #2000, Shelbyville, Tennessee 37160, or at such other place designated by written notice from Landlord or Tenant. The rental payment amount for any partial calendar months included in the lease term shall be prorated on a daily basis.

3.     Security Deposit.  Tenant is required to pay a security deposit of ___-0-___ .

4.     Use.  Landlord hereby explicitly authorizes that the premises be used as a restaurant and bar, including the sale of beer and alcoholic beverages, and any related activities.

5.     Repairs and Maintenance.  During the Lease term, Tenant shall make, at Tenant's expense, all necessary repairs to the Leased Premises. Repairs shall include such items as routine and regular repairs of floors, walls, ceilings, mechanical systems, and other parts of the Leased Premises damaged or worn through normal occupancy. Tenant is responsible for changing air filters and light bulbs.

6.     Utilities.  Tenant shall pay all charges for electric, gas, water, and sewer, and any and all utilities used by Tenant on the Leased Premises during the term of this Lease unless otherwise expressly agreed in writing by Landlord.

7.     Default.  The parties shall have all means available under Tennessee law to resolve any dispute that arises relating to a breach of any term of this agreement, or otherwise available under Tennessee law.

DocuSign Envelope ID: 99C25751-A5FD-4CF3-88CC-41ABACD7AF0D

## Commercial Lease Agreement

Uncle Nearest Real Estate Holdings, LLC and Humble Baron, Inc.

8.    Compliance with Law. Tenant shall comply with all laws, orders, ordinances and other public requirements now or hereafter pertaining to Tenant's use of the Leased Premises. Landlord shall comply with all laws, orders, ordinances and other public requirements now or hereafter affecting the Leased Premises.

9.    Governing Law. This Agreement shall be governed, construed and interpreted by, through and under the Laws of the State of Tennessee.

10.    Indemnification. Tenant shall indemnify Landlord against any legal proceeding brought against Landlord relating to Tenant's use of the Leased Premises.

11.    No Warranties. No warranties not required by law, whether explicit or implied, are created by this agreement.

IN WITNESS WHEREOF, the parties have executed this Lease as of the day and year first above written.

Landlord:

UNCLE NEAREST REAL ESTATE HOLDINGS, LLLC

By: _____          2/24/2023
Keith Weaver, Co-Owner                          _____
                                                Date

Tenant:

HUMBLE BARON, INC.

By: _____          2/28/2023
Odia N. Scott, Trustee                          _____
                                                Date

DocuSign Envelope ID: 99C25751-A5FD-4CF3-88CC-41ABACD7AF0D

## Commercial Lease Agreement

Uncle Nearest Real Estate Holdings, LLC and Humble Baron, Inc.

**EXHIBIT A**



E1  FLOOR PLAN - NOTED

**First Amendment to Commercial Lease Agreement**

This **First Amendment to Commercial Lease Agreement** ("Amendment") is made and entered into as of Feb 1, 2025, by and between **Uncle Nearest Real Estate Holdings, LLC**, a Tennessee limited liability company ("Landlord"), and **Humble Baron, Inc.**, a Tennessee corporation ("Tenant").

**RECITALS**

WHEREAS, Landlord and Tenant entered into that certain Commercial Lease Agreement dated as of March 1, 2023, for the premises located at **3125 Highway 231 North, Shelbyville, TN 37160** (the "Premises"); and

WHEREAS, the parties desire to amend the Lease to extend the term, clarify responsibility for utilities, insurance, and maintenance, allow for potential venue buyouts, and address access rights;

NOW, THEREFORE, in consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

## 1. Amended Lease Term

The Term of the Lease is hereby extended for a period of **five (5) years**, commencing on **March 1, 2025** and expiring on **February 28, 2030** ("Extended Term"), unless sooner terminated in accordance with the Lease.

Tenant shall also have **two (2) successive options to renew** the Lease for additional terms of **five (5) years each** (each, a "Renewal Term") upon the same terms and conditions contained in the Lease, as amended, except that Base Rent may be subject to market adjustment as agreed by the parties in writing.

Tenant shall exercise each Renewal Term by providing Landlord with written notice at least **180 days prior** to the expiration of the then-current term.

## 2. Landlord Responsibility for Utilities, Insurance, and Maintenance

Notwithstanding anything to the contrary in the original Lease:

- **Utilities**: Landlord shall be solely responsible for and shall pay all utility services for the Premises, including but not limited to electricity, water, sewer, gas, and trash collection.

- **Insurance**: Landlord shall maintain all required property and casualty insurance coverage for the Premises, including liability insurance covering common areas and structural components.
- **Maintenance**: Landlord shall be responsible for the repair and maintenance of the building structure, roof, HVAC, plumbing, electrical systems, and any other common elements, and shall ensure that the Premises are in good working condition at all times. Tenant shall remain responsible for maintenance of its interior décor, furniture, fixtures, and equipment.

## 3. Buyout of Venue

Landlord and Tenant acknowledge that **third-party buyouts of the venue** may be negotiated from time to time. The parties agree that such buyouts shall be permitted, **subject to commercially reasonable terms**, including but not limited to:

- Landlord's prior written approval (not to be unreasonably withheld or delayed);
- Clear delineation of responsibilities and liabilities during the buyout period;
- Tenant's right to receive a commercially fair portion of the proceeds from such buyouts, based on use of space and interruption to Tenant's business.

## 4. Access to Premises

Landlord agrees that **Tenant, its employees, contractors, agents, and invitees** shall have full access to the Premises and surrounding site and grounds **during normal business hours**, and at other reasonable times for setup, operations, and breakdown of events. Such access shall not be unreasonably withheld, delayed, or restricted.

## 5. Ratification

Except as expressly amended herein, all other provisions of the Lease shall remain in full force and effect, and are hereby ratified and affirmed.

**IN WITNESS WHEREOF, the parties have executed this First Amendment as of the day and year first written above.**

**LANDLORD**:
Uncle Nearest Real Estate Holdings, LLC
By: _____

Name: Fawn Weaver
Title: CEO
Date: 4-1-25

**TENANT:**
Humble Baron, Inc.
By: _____
Name: Keith Weaver
Title: President
Date: 4/1/25