# THOMPSON BURTON PLLC

### A T T O R N E Y S    A T    L A W
A PROFESSIONAL LIMITED LIABILITY COMPANY

One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
www.thompsonburton.com

Phillip G. Young, Jr.
phillip@thompsonburton.com

Direct Dial: 615-465-6008
Fax: 615-807-3048

June 1, 2026

**VIA U.S. MAIL AND ELECTRONIC MAIL**

Humble Baron, Inc.
c/o Michael Collins
Manier & Herod
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
mcollins@manierherod.com

Re:   **Commercial Lease Agreement dated March 1, 2023, as amended, by and between Uncle Nearest Real Estate Holdings, LLC ("Landlord") and Humble Baron, Inc. ("Tenant"), (as amended and assigned, "Lease") for the premises located at 3125 US-231 North, Shelbyville, Tennessee ("Premises")**

**NOTICE OF DEFAULT ("Notice")**

Dear Mike:

As you know, I have been appointed by the United States District Court for the Eastern District of Tennessee to serve as receiver for the Landlord. This Notice is to inform you that the Lease is in default for failure to timely pay rent and other financial obligations. As of the date of this letter, the current amount owed for the unpaid obligations due under the terms of the Lease is $65,000.00. You should also be aware that the Tenant is accruing rent under the Lease at a rate of $5,000 per month, plus applicable late charges and interest as they accrue.

If the Tenant does not pay the amount currently owing by June 5, 2026, the Landlord shall exercise all legal and equitable remedies available to it under the Lease and the law.

Finally, please be advised that none of the Tenant's obligations under the Lease have been waived or modified, and the Landlord will require strict performance of all of the Tenant's, obligations under the Lease going forward.

Sincerely,

Phillip G. Young, Jr., Receiver

cc:    Justin Campbell