**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HUMBLE BARON INC., | ) | Case No. 4:26-bk-11577 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Whittenburg |
| | ) | |

**ORDER GRANTING RECEIVER'S MOTION FOR RELIEF FROM THE AUTOMATIC**
**STAY TO PERMIT EVICTION PROCEEDINGS**

This matter is before the Court on the motion ("Motion") of Phillip G. Young, Jr., court-appointed receiver for Uncle Nearest Real Estate Holdings, LLC (the "Receiver") for Entry of Order Granting Receiver Relief from Automatic Stay to Permit Eviction Proceedings (Docket No. 42). It appearing to the court that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein, and after due deliberations and sufficient cause appearing therefore,

IT IS THEREFORE ORDERED AND ADJUDGED that the Receiver's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) to Permit Eviction Proceedings is GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that the automatic stay shall be, and hereby is, terminated, such that the Receiver may commence and/or prosecute to conclusion unlawful detainer/eviction proceedings against Debtor in state court, and to take all actions permitted by applicable nonbankruptcy law to recover possession of the Premises;

IT IS FURTHER ORDERED that the 14-day stay prior to enforcement of the order for relief from stay pursuant to Bankruptcy Rule 4001(a)(3) shall be and hereby is waived.

IT IS FURTHER ORDERED that this Order is binding and effective notwithstanding any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

IT IS SO ORDERED.

###

Respectfully Submitted,

/s/ Justin T. Campbell
Justin T. Campbell (Tn Bar No. 031056)
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
Tel:    615.465.6015
Fax:    615.807.3048
Email: justin@thompsonburton.com

*Counsel for Phillip G. Young, Jr.,*
*Receiver for Uncle Nearest*
*Real Estate Holdings, LLC*

2