**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Humble Baron, Inc.,** | ) | **Case No. 4:26-bk-11577-NWW** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |

**NOTICE OF THE UNITED STATES TRUSTEE OF DEFAULT UNDER AGREED ORDER**

Acting United States Trustee for Region 8, Paul A. Randolph, through the undersigned attorney, files this notice that a default has occurred under the Agreed Order entered on July 31, 2026. Doc. 61. Under the terms of that Agreed Order, "[t]he U.S. Trustee may docket a notice of default detailing the relevant violation." Doc. 61 at p. 3. In this case, the default is a failure to secure the return or replacement of $66,350.66 into the Debtor's account by August 1, 2026 (and, by extension, a failure to provide proof of such transfer by August 3, 2026). *See id.* at p. 2. Accordingly, the U.S. Trustee files this notice to permit the court, pursuant to the Agreed Order, to schedule a hearing as specified in that Order. *See id.* at p. 3.

Paul A. Randolph
Acting United States Trustee, Region 8

/s/ David Holesinger
David Holesinger (TN BPR # 030189)
Attorney for United States Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5156
David.Holesinger@usdoj.gov

CERTIFICATE OF SERVICE

The United States Trustee hereby certifies that on August 4, 2026, a true and correct copy of the foregoing Notice of the United States Trustee of Default under Agreed Order was served by Notice of Electronic Filing on parties receiving such notice. A copy of the same was mailed to Debtor at:

Humble Baron, Inc.
4503 Barone Drive
Murfreesboro, TN 37128

/s/ David Holesinger