

**SO ORDERED.**
**SIGNED this 5th day of August, 2026**


**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF TENNESSEE
## WINCHESTER DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Humble Baron, Inc.** | ) | **No. 4:26-bk-11577-NWW** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

## ORDER

On July 31, 2026, the court entered an agreed order between the debtor and the United States trustee that required—among other matters—the debtor, directly or through Keith Weaver, to direct and obtain the return or reimbursement of $66,350.66 to the debtor of unauthorized, improper transfers made without court approval. ECF no. 61.

That agreed order required the funds to be placed in the debtor's debtor-in-possession account no later than August 1, 2026, and it required the debtor to provide

bank records to the United States trustee proving such deposit no later than August 3, 2026.

If the debtor failed to comply with those terms, the agreed order authorized the United States trustee to file a notice of default, which would result in the court scheduling a hearing to consider remedies under 11 U.S.C. § 1112(b), including dismissal, conversion, appointment of a trustee, or whether unusual circumstances exist in this case under 11 U.S.C. § 1112(b)(2).

The United States trustee filed such a notice of default on August 4, 2026, noting that the funds were not deposited into the debtor's bank account by August 1, 2026, and that proof of the transfer was not provided by August 3, 2026. Based on the terms of the parties' agreed order, the court finds cause to schedule a hearing regarding the debtor's alleged violation of the agreed order. Accordingly, it is

ORDERED that a hearing will be held at 10:30 a.m. (Eastern Time) on August 19, 2026, in Courtroom A of the bankruptcy court a 31 E 11th Street, Chattanooga, Tennessee 37402, to consider pursuant to 11 U.S.C. § 1112(b) whether to dismiss the case, convert the case, or remove the debtor as debtor in possession and appoint a trustee.

# # #