**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION**

IN RE:

| | | |
|---|---|---|
| **HUMBLE BARON, INC.,** | ) | |
| | ) | **CASE NO. 4:26-bk-11577-NWW** |
| | ) | **CHAPTER 11** |
| | ) | |

---

**APPLICATION FOR COMPENSATION**

---

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> **Notice is hereby given that:**
>
> **Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of court at 31 E. 11th Street, Chattanooga, Tennessee 37402, an objection within 21 days from the date this paper was filed and serve a copy on the movant's attorney, W. Thomas Bible, Jr., Tom Bible Law, 6112 Shallowford Rd, Chattanooga, TN 37421. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.**
>
> **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Your applicant, W. Thomas Bible, Jr. of Tom Bible Law, hereinafter "Counsel" or "Applicant" for Humble Baron, Inc., hereinafter "Debtor," respectfully represent as follows.

1.      This application for compensation is made pursuant to Fed. R. Bankr. P. 2016(a). Applicant seeks compensation as counsel to the Debtor in relation to services rendered for the Subject Chapter 11 Case, for the period commencing 6/6/2026, through and including 8/8/2026.

2.      The time spent during the period covered by this application is detailed by professional in the attached exhibit and incorporated herein by reference. A summary of the time spent by each professional and the hourly rates charged is as follows:

| Attorney Name | Hourly Rate | Total Hours This Application | Total Fee Due |
|---|---|---|---|
| John Roan | $475.00 | 31 | $14,725.00 |

3.      The time spent during the period covered by this application is detailed by professional in Exhibit A.  The majority of time spent involved: meeting with the client; researching issues; drafting pleadings/orders; responding to requests for documentation/information; and communicating with the Debtors and opposing counsel.

4.      Applicant also seeks recovery of mailing costs $282.00, as detailed in the attached Exhibit B, as well as the $34.00 cost to amend Schedule D incurred on 6/8/2026.  This does not include printing costs or rush fees.

5.      Applicant seeks allowance of the sum of $15,041.00 as compensation in this case.

6.      No compensation has been received for these services to date.

7.      Counsel avers that the fees are reasonable for services rendered, and will have no effect on the dividend paid to unsecured creditors under the Debtor's Chapter 11 Plan.

WHEREFORE, Applicant respectfully prays:

That Applicant be allowed the sum of $15,041.00 for the reasonable value for services rendered as counsel for the Debtor in the above-referenced matter, for the period covered by this application.

RESPECTFULLY SUBMITTED:

TOM BIBLE LAW

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr. (014754)
6112 Shallowford Rd
Chattanooga, Tennessee 37421
Phone: (423) 424-3116
Email: tom@tombiblelaw.com
Attorney for Debtor

I, W. Thomas Bible, Jr., do hereby make certify that the statements contained in the foregoing application are true and correct to the best of my knowledge.

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr. (014754)

### CERTIFICATE OF SERVICE

I hereby certify that on 8/8/2026, true and accurate copies of the foregoing Application for Compensation, all exhibits thereto, and proposed Order were served either electronically via the electronic case filing system (ECF), or via first class mail, postage pre-paid, as follows:

Via ECF:
U.S. Trustee - ustpregion08.cn.ecf@usdoj.gov

Via ECF: on all parties consenting to service via ECF.

Via U.S. Mail: all creditors reflected on the attached matrix.

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr.