# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:
Humble Baron, Inc.

Debtor(s)

Case Number: 4:26−bk−11577−NWW
Chapter: 11

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held on 9/14/26 , at 09:30 AM, in Second Floor Courtroom, U.S. Courthouse, 200 South Jefferson Street, Winchester, TN 37398 on the following:

***69*** − Interim Application for Compensation for W. Thomas Bible Jr., Attorney, Period: 6/6/2026 to 8/8/2026, Fee: $14,725.00, Expenses: $316.00. Filed by Attorney W. Thomas Bible Jr. Objections to applications for compensation due by 8/31/2026. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Matrix) (Bible, W.)

***71*** − Objection to (related document(s): 69 Interim Application for Compensation for W. Thomas Bible Jr., Attorney, Period: 6/6/2026 to 8/8/2026, Fee: $14,725.00, Expenses: $316.00. filed by Debtor Humble Baron, Inc.) Filed by Justin Timothy Campbell on behalf of Creditor Uncle Nearest Real Estate Holdings, LLC (Campbell, Justin)

**Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013−1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

Dated: 8/17/26

Christopher Call
Clerk of the Bankruptcy Court

By: sal
Deputy Clerk