**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 1:26-bk-11577-NWW** |
| **HUMBLE BARON, INC.,** | ) | |
| | ) | **Chapter 11, Subchapter V** |
| **Debtor.** | ) | |

**DEBTOR'S *EX PARTE* MOTION**
**FOR ENTRY OF AGREED ORDER SUBSTITUTING COUNSEL**

The above-captioned debtor and debtor in possession (the "Debtor") files this motion (the "Motion") for the entry of an agreed order (the "Order"), substantially in the form attached hereto as **Exhibit A**, authorizing the Debtor to substitute RMR Legal PLLC as counsel of record. In support of this Application, the Debtor respectfully states as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the Eastern District of Tennessee (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Debtor confirms its consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the

Local Rules of the United States Bankruptcy Court for the Eastern District of Tennessee (the "Local Rules").

**Relief Requested**

4. By this Motion, the Debtor seeks entry of the Order authorizing the Debtor to Substitute RMR Legal PLLC as counsel of record.

5. RMR Legal PLLC will separately file a supplemental disclosure of compensation on the record.

6. The Debtor would show that the Debtor wishes to substitute RMR Legal PLLC as counsel for the Debtor and release Tom Bible Law, PLLC from any further representation of the Debtor.

7. No prior request for the relief sought in this Motion has been made to this or any other court.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, the Debtor respectfully requests as follows:

A. That this Court enter the Order substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein; and

B. That this Court grant any other relief it deems just and proper given the circumstances.

Respectfully submitted,

*/s/ Roy Michael Roman*

Roy Michael Roman (TN BPR #042658)
**RMR Legal PLLC**
70 N. Ocoee Street
Cleveland, TN 37311
Telephone: (423) 528-8484
Facsimile: (423) 717-5564
E-mail: roymichael@rmrlegal.com

*Proposed Counsel to the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing pleading electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

Nicholas B. Foster, Esq. (via ECF)
David Holesinger, Esq.
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402
*U.S. Trustee*

All creditors per the attached matrix (via ECF and Regular Mail)

This the 25th day of August, 2026.

*/s/ Roy Michael Roman*
Roy Michael Roman