**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 1:26-bk-11577-NWW** |
| **HUMBLE BARON, INC.,** | ) | |
| | ) | **Chapter 11, Subchapter V** |
| **Debtor.** | ) | |

**AGREED ORDER AUTHORIZING**
**THE SUBSTITUTION OF RMR LEGAL PLLC AS COUNSEL**

Upon the application (the "Motion")[1] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order") authorizing the substitution of RMR

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Legal PLLC as debtor counsel for the Debtor and Debtor in Possession, all as more fully set forth in the Application; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. RMR Legal PLLC is hereby substituted as counsel for the Debtor, subject to RMR Legal PLLC filing an appropriate application to employ under § 327(a) within seven days that demonstrates new counsel's disinterestedness.

3. Tom Bible Law, PLLC shall be released and have no duties or obligations owed to the Debtor going forward.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Approved for entry:

**RMR Legal PLLC**

By: */s/ Roy Michael Roman*
Roy Michael Roman (TN BPR #042658)
**RMR Legal PLLC**
70 N. Ocoee Street
Cleveland, TN 37311
Telephone: (423) 528-8484
Facsimile: (423) 717-5564
E-mail: roymichael@rmrlegal.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**Tom Bible Law**

By: */s/ W. Thomas Bible. Jr.*
W. Thomas Bible, Jr. (014754)
6112 Shallowford Rd
Chattanooga, TN 37421
Phone: (423)424-3116
Fax: (423) 893-1245
tom@tombiblelaw.com

*Counsel to the Debtor and Debtor-in-Possession*