**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION**

**IN RE: HUMBLE BARON, INC.,** **CASE NO. 4:26-bk-11577-NWW
CHAPTER 11**

**DEBTOR.**

**NOTICE OF HEARING**

**Notice is hereby given that: A hearing will be held on the Motion to Withdraw as Counsel on September 14, 2026, at 9:30 AM , in the United States Bankruptcy Court, U.S. Post Office & Courthouse, Second Floor Courtroom, 200 South Jefferson St, Winchester, TN 37398.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

**MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR**

Comes now, W. Thomas Bible, Jr. (hereinafter “Counsel”), attorney for Debtor, and for his Motion to Withdraw as Attorney for Debtor, states the following.

1. Counsel was retained by Debtor for the purpose of assistance with filing the instant Chapter 11 Case.
2. Subsequent to the filing of this case, a post-petition conflict of interest arose on or about August 18, 2026.
3. Debtor has been advised of this withdrawal by Counsel and also advised to seek other counsel.
4. At this early juncture in the case, Debtor would not be materially prejudiced by the withdrawal of counsel.

5. Additionally, Counsel was informed via e-mail on or about 8/19/2026 at 11:06 AM EST that Roy Roman and the law firm of RMR Legal, PLLC would be seeking substitution of counsel. In light of that representation, Counsel does not anticipate taking any further action with respect to representation of the Debtor in this case, and is operating with the provisional understanding that Mr. Roman and RMR Legal, PLLC will be assuming representation of the Debtor (subject to Court approval).

WHEREFORE, premises considered, counsel prays that the Court grant its Motion, authorize the withdrawal of Counsel, and for all other just and proper relief.

Respectfully submitted,

TOM BIBLE LAW

BY: /s/ W. Thomas Bible, Jr.

**W. THOMAS BIBLE, JR.** (014754)
Attorney for the Debtor(s)
6112 Shallowford Road
Chattanooga, TN 37421
Phone: 423-424-3116
Fax: 423-893-1245
tom@tombiblelaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on 8/27/2026, true and correct copies of the Motion to Withdraw as Counsel, all exhibits thereto (if any), and proposed Order were served via U.S. Mail, postage pre-paid, or electronically via the electronic case filing (ECF) system to the following:

Via ECF:

United States Trustee - ustpregion08.cn.ecf@usdoj.gov
Roy Michael Roman, Attorney for Debtor – roymichael@rmrlegal.com
Marvin E. Clements, Jr., Attorney for TN Dept of Labor agbankedchatt@ag.tn.gov
Justin Timothy Campbell, Attorney for Uncle Nearest Real Estate Holdings, LLC – justin@thompsonburton.com
Phillip G. Young, Jr., Receiver for Uncle Nearest Real Estate Holdings, LLC – phillip@thompsonburton.com
David Holesinger, Attorney for the United States Trustee – david.holesinger@usdoj.gov
To all parties consenting to service via ECF

Via U.S. Mail to the attached matrix, including the Debtor.

/s/W. Thomas Bible, Jr.
W. Thomas Bible, Jr.