Label Matrix for local noticing
0649-4
Case 4:26-bk-11577-NWW
Eastern District of Tennessee
Winchester
Thu Aug 27 11:21:44 EDT 2026

Humble Baron, Inc.
4503 Barone Drive
Murfreesboro, TN 37128-2251

TN Dept of Labor - Bureau of Unemployment In
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Uncle Nearest Real Estate Holdings, LLC
3125 Highway 231 N
Shelbyville, TN 37160-7333

4
United States Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402-2722

Absolute POS LLC
5516 Eatons Creek Rd
Joelton, TN 37080-8975

Apple Industries Inc.
200 Forest Drive Unit 8
Greenvale, NY 11548-1216

Ascap
Po Box 331608
Nashville, TN 37203-7515

Aspire/968 W. Veteran Realty LLC
50 Tice Blvd
Woodcliff Lake, NJ 07677-7654

Auto-Chlor System
450 Ferguson Drive
MOUNTAIN VIEW, CA 94043-5214

BME Services Inc
1760 Lakeland Pk Dr
Burlington, KY 41005-8066

BMI
10 Music Square East
Nashville, TN 37203-4321

Bar Alliance Nashville
Po Box 764
Madison, TN 37116-0764

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Edward Don Company
6255 Brook Hollow Parkway
Suite 780
Norcross, GA 30071-4618

Empire Distributors of TN, Inc. - Nash
3851 Industrial Pw
Old Hickory, TN 37138

Fox Funding
803 S 21st Avenue
Hollywood, FL 33020-6962

Fuji Funding LLC
1959 Swarthmore Avenue, Unit 2
Lakewood, NJ 08701

Global Music Rights
1801 W. Olympic Blvd.
Pasadena, CA 91199-0001

HG Staffing
PO Box 216
Lascassas, TN 37085-0216

Heartland - POS
PO Box 936565
Atlanta, GA 31193-6565

Holston Gases - Manchester
1186 Murfreesboro Hwy
Manchester, TN 37355-2949

Incorporating Services, Ltd.
3500 S Dupont Hwy
Dover, DE 19901-6041

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Bank
1414 Woodward Avenue
Mail Code LA2-7100
Ruston, LA 71270-2015

Keith Weaver
4503 Barone Drive
Murfreesboro, TN 37128-2251

Keith Weaver
600 N. Main Street, Suite 2000
Shelbyville, TN 37160-3256

Koorsen Environmental Services, LLC
2719 N Arlington Ave
Indianapolis, IN 46218-3322

Laura Bassett
750 Old Hickory Blvd
Building One
Suite 200
Brentwood, TN 37027-4567

Nashwood Inc
600 N Main St
Suite 2000
Shelbyville, TN 37160-3256

Om Johari Fletcher
2601 Old Spanish Trail
Slidell, LA 70461-4648

OpenTable
29109 Network Place
Chicago, IL 60673-1291

Paychex
1175 John Street
West Henrietta, NY 14586-9199

(p)RAMP BUSINESS CORPORATION
28 W 23RD STREET
FLOOR 2
NEW YORK NY 10010-5260

SESAC
35 Music Square East
Nashville, TN 37203-4362

SM Services LLC
21175 State Hwy 249 #705
Houston, TX 77070-1655

Society Insurance
P.O. Box 1029
Fond Du Lac, WI 54936-1029

Stacy Alan Mitchhart
832 Brook Hollow Rd
Nashville, TN 37205-1254

Star Advance LLC
2365 Norstand Avenue
Brooklyn, NY 11210-3839

State of Tn Department of Revenue
500 Deaderick St
Nashville, TN 37242-0002

Sysco Nashville
1 Hermitage Plaza
Nashville, TN 37209-1002

Tennessee Department of Revenue
c/o Tennessee Attorney General's Of
Bankruptcy Division PO Box 20207
Nashville, TN 37202-4015

The Brand Guild
1056 Thomas Jefferson Street Nw
Washington, DC 20007-3801

Tyrone Smith - Revue
P.O. Box 90014
Nashville, TN 37209-0014

US Attorney's Office
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902-2342

US Foods
PO Box 602224
Charlotte, NC 28260-2224

Uncle Nearest Real Estate Holdings, LLC
3125 Highay 231 N
Shelbyville, TN 37160-7333

Unique Funding
4601 Sheridan Street
Suite 409
Hollywood, FL 33021-3435

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402-2722

Vestis
PO Box 731676
Dallas, TX 75373-1676

Vestis Services, LLC fka ARAMARK Uniform & C
P.O. Box 1617
Boise, ID 83701-1617

Roy Michael Roman
RMR Legal PLLC
70 N. Ocoee Street
Cleveland, TN 37311-5064

W. Thomas Bible Jr.
Tom Bible Law
6112 Shallowford Road
Chattanooga, TN 37421-1615

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ramp Business Corporation
28 West 23rd Street Fl 2
New York, NY 10010

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Music City VIP Tours
2112 BRANCH OAK TRL

(u)Nashville, TN 37214

(d)SM Services, LLC
21175 State Hwy 249
#705
Houston, TX 77070-1655

(u)Toast, Inc.
333 Summer Street
00210

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 53 |
| Bypassed recipients | 4 |
| Total | 57 |