**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 1:26-bk-11577-NWW** |
| **HUMBLE BARON, INC.,** | ) | |
| | ) | **Chapter 11, Subchapter V** |
| **Debtor.** | ) | |

---

**ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF**
**RMR LEGAL PLLC AS ATTORNEY FOR THE DEBTOR**

---

Upon the application (the "Application")[1] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order") authorizing the retention and employment of RMR Legal PLLC as attorney for the Debtor and Debtor in Possession, all as more fully set forth in the Application; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Application is granted as set forth herein.

2. The employment of RMR Legal PLLC shall be effective as of August 30, 2026 pursuant to Local Rule 2014-1.

3. The Debtor is authorized to retain RMR Legal PLLC as debtor counsel.

4. RMR Legal PLLC shall be compensated in accordance with 11 U.S.C. § 330 and 331, as well as any other applicable Bankruptcy Rules or Local Rules.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

Approved for entry:

**RMR Legal PLLC**

By: */s/ Roy Michael Roman*
Roy Michael Roman (TN BPR #042658)

**RMR Legal PLLC**
70 N. Ocoee Street
Cleveland, TN 37311
Telephone: (423) 528-8484
Facsimile: (423) 717-5564
E-mail: roymichael@rmrlegal.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*