**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 1:26-bk-11577-NWW** |
| **HUMBLE BARON, INC.,** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

# NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that RMR Legal PLLC withdraws the following document:

i. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of RMR Legal PLLC as Attorney for the Debtor [Docket No. 87].

RMR Legal PLLC respectfully states that it has identified an insurmountable conflict regarding the proposed representation of the above-captioned Debtor, and as a result, RMR Legal PLLC withdraws its application seeking employment by the Debtor. RMR Legal PLLC can no longer aver that it can effectively represent the Debtor given recent developments, and as such, it does not feel it appropriate to seek employment, retention, or to appear on behalf of the Debtor.

Date: September 11, 2026

Respectfully submitted,

*/s/ Roy Michael Roman*
Roy Michael Roman (TN BPR #042658)
**RMR Legal PLLC**
70 N. Ocoee Street
Cleveland, TN 37311
Telephone: (423) 528-8484
Facsimile: (423) 717-5564
E-mail: roymichael@rmrlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the above Notice of Filing. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and the Trustee. Parties may access this filing through the Court's electronic system.

Nicholas B. Foster, Esq. (via ECF)
David Holesinger, Esq.
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402
*U.S. Trustee*

All creditors per the attached matrix (via ECF and Regular Mail)

This the 11th day of September, 2026.

*/s/ Roy Michael Roman*
Roy Michael Roman

[*Remainder of page intentionally left blank*]