**SO ORDERED.**
**SIGNED this 14th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

**IN RE: HUMBLE BARON, INC.,** **CASE NO. 4:26-bk-11577-NWW**
**CHAPTER 11**

**DEBTOR.**

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR**

This matter, having come before the Court pursuant to the Motion to Withdraw as Attorney for Debtor filed by W. Thomas Bible, Jr. (hereinafter "Counsel"), and the Court, being fully advised, finds that there was no opposition to said Motion, or that any such opposition was withdrawn or overruled at the scheduled hearing. Therefore, due to the agreement of the parties and for other good cause shown, it is hereby Ordered as follows:

1. The Motion is hereby GRANTED.
2. Counsel is immediately removed as counsel for Debtor.

###

APPROVED FOR ENTRY BY:

TOM BIBLE LAW

BY/s/ W. Thomas Bible, Jr.
**W. THOMAS BIBLE, JR.** (014754)
Attorney for the Debtor(s)
6112 Shallowford Road
Chattanooga, TN 37421
Phone: 423-424-3116
Fax: 423-893-1245
tom@tombiblelaw.com