**SO ORDERED.**
**SIGNED this 14th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Humble Baron, Inc.** | ) | **No. 4:26-bk-11577-NWW** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

## ORDER

This case came to be heard on September 14, 2026, regarding several matters in the debtor's chapter 11 case. At the hearing, and out of an abundance of caution, attorney Roy Roman, of RMR Legal PLLC, appeared and made an oral motion to withdraw as counsel for the debtor. Mr. Roman previously filed an an application to employ his firm as counsel for the debtor on August 30, 2026. That application was never approved as the debtor's prior counsel was not withdrawn from representation until September 14, 2026. Mr. Roman withdrew his application to employ on September 11, 2026. To the extent it is necessary to grant Mr. Roman's oral motion to withdraw,

the court finds cause to grant his motion. Accordingly, and for the reasons stated orally by the court on the record, it is

ORDERED that Attorney Roy Roman is immediately withdrawn as counsel.

# # #