**SO ORDERED.**
**SIGNED this 14th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Humble Baron, Inc.** | ) | **No. 4:26-bk-11577-NWW** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

## ORDER

This case came to be heard upon the Notice of Default under Agreed Order filed by the United States Trustee on August 4, 2026. After conducting a hearing, and for the reasons stated orally by the court on the record, the court finds cause to convert the case to a case under chapter 7. Accordingly, it is

ORDERED that the case is hereby converted to a chapter 7 case pursuant to 11 U.S.C. § 1112(b).

# # #