**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Humble Baron, Inc.** | ) | |
| | ) | **CHAPTER 7** |
| | ) | **BK. NO. 4:26-bk-11577-NWW** |
| | ) | |
| **Debtor** | ) | |

# NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. Section 701, **Trudy Edwards** is appointed Interim Trustee in the above-referenced matter. This case was filed as a Chapter 11 on June 5, 2026, and converted to Chapter 7 on September 14, 2026. Pursuant to Bankruptcy Rule 2008, the Trustee will be deemed to have accepted this appointment unless it is rejected within seven days of receipt of this notice. The Trustee's required bond is included under the approved existing general blanket bond.

Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the Interim Trustee appointed herein shall serve as Trustee without further appointment or qualification under the same bond.

Paul A. Randolph
Acting United States Trustee
Region 8

/s/ Nicholas B. Foster
Nicholas B. Foster
Assistant U.S. Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153