**SO ORDERED.**
**SIGNED this 15th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Humble Baron, Inc.** | ) | **No. 4:26-bk-11577-NWW** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

## ORDER

This case came to be heard upon the debtor's motion for post-petition financing, filed on June 6, 2026. In light of the case's conversion to a chapter 7 case, and for the reasons stated orally by the court on the record, it is

ORDERED that the debtor's motion is denied as moot.

# # #