**SO ORDERED.**
**SIGNED this 15th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

**In re:**

**Humble Baron, Inc.**

**Debtor**

**No. 4:26-bk-11577-NWW**
**Chapter 11**

## ORDER

This case came to be heard upon the debtor's motion for conditional use of cash collateral filed on June 6, 2026, and upon the court's order to show cause why an interim order was not received, filed on September 1, 2026. In light of the case's conversion to a chapter 7 case, and for the reasons stated orally by the court on the record, it is

ORDERED that the debtor's motion for conditional use of cash collateral is denied as moot.

# # #