**The proposed order is rejected because not all signatures comply with E.D. Tenn. LBR 5005-4(h)(1).**

**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth above.**
**SIGNED this 16th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

---

REJECTED

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

**IN RE: HUMBLE BARON, INC.,** **CASE NO. 4:26-bk-11577-NWW**
**CHAPTER 7**

**DEBTOR.**

**AGREED ORDER RESOLVING OBJECTION TO INTERIM APPLICATION FOR COMPENSATION**

This matter, having come before the Court pursuant to the Interim Application for Compensation (Doc No. 69) filed by W. Thomas Bible, Jr. (hereinafter "Applicant"), and the Objection thereto filed by Uncle Nearest Real Estate Holdings, LLC (Doc. No. 71), and the Court, being fully advised, finds that all relevant parties are in agreement, as evidenced by the signatures of themselves or their respective counsel below. Additionally, from the record, it appears to the Court that Applicant has given notice of the hearing on the Application as well as a summary of

the Application to all necessary parties pursuant to E.D. Tenn. LBR 9013-1(h). Therefore, due to the agreement of the parties and for other good cause shown, it is hereby Ordered as follows:

1. The Application is hereby GRANTED.
2. W. Thomas Bible, Jr of Tom Bible Law is hereby awarded compensation for fees in the amount of $14,725.00 and costs of $316.00, for a total award of $15,041.00.
3. As Applicant received a retainer of $16,738.00 and incurred prepetition fees and costs of $9,834.49[1], there is a remaining retainer balance of $6,903.51. After application of the remaining retainer balance to the post-petition fees and costs awarded in this Order, a balance of $8,137.49 is owed to Applicant.
4. Applicant may file a Proof of Claim for $8,137.49, which shall be entitled to administrative expense priority pursuant to 11 U.S.C. § 507(a)(2).

###

REJECTED

APPROVED FOR ENTRY BY:

TOM BIBLE LAW

BY/s/ W. Thomas Bible, Jr.
W. THOMAS BIBLE, JR. (014754)
Attorney for the Debtor(s)
6112 Shallowford Road
Chattanooga, TN 37421
Phone: 423-424-3116
Fax: 423-893-1245
tom@tombiblelaw.com

[1] See docket no. 19.

Justin T. Campbell (with permission by W.T.B.)
Justin T. Campbell (TN Bar No. 031056)
Trent Meriwether (TN Bar No. 038577)
Thompson Burton PLLC
1801 West End Ave, Suite 1550
Nashville, TN 37203
Tel: 615.465.6000
Email: justin@thompsonburton.com
trent@thompsonburton.com
Attorney for Uncle Nearest Real Estate Holdings, LLC

/s/ Trudy M. Edwards (with permission by W.T.B.)
Trudy M. Edwards (TN Bar No. 014646)
300 South College Street
Winchester, TN 37398
Phone: 931-967-4303
Email: law.tedwards@gmail.com
Chapter 7 Trustee

REJECTED