# Exhibit List

## 26-11577 Humble Baron, Inc.

**9/14/2026**

***#67 Notice of Default under Agreed Order***

**U.S. Trustee**

| | |
|---|---|
| A | Original Petition with 20 Largest list, Schedules D, E/F, G |
| B | Schedule A/B |
| C | Declaration regarding schedules |
| D | Amended Schedule D (Doc. 14) |
| E | Statement of Financial Affairs (Doc. 36) |
| F | Interim Cash Collateral Order (First) (Doc. 34) |
| G | Interim Cash Collateral Order (Second) (Doc. 54) |
| H | Signed Certification of Receipt of Operating Guidelines and Designation of Individuals |
| I | U.S. Trustee, Region 8, Operating Guidelines and Reporter Requirements |
| J | Monthly Operating Report for June 2026, including all exhibits |
| K | Order Granting Motion for Agreed Order (Doc. 61) |
| L | Notice of Default under Agreed Order (Doc. 67) |
| M | Monthly Operating Report for July 2026, including all exhibits |
| N | Pinnacle Account Statement for August 2026 |
| O | Wells Fargo 0855 - Account Statement for August 2026 |
| P | Wells Fargo 3611 - Account Statement for August 2026 |
| Q | 2022 Federal Tax Return |
| R | Amended 2023 Federal Tax Return |
| S | Amended 2024 Federal Tax Return |
| T | 2025 Federal Tax Return |
| U | IRS Proof of Claim |
| V | Johnson Demand Letter |
| Q | Johnson Leasehold Letter |
| X | Shareholder Loan Agreement signed on 8/5/2026 |
| Y | Management Services Agreement siinged on 8/5/2026 |
| Z | Lease signed in 2023 |
| AA | Lease signed in 2024 |
| BB | Amended Lease signed in 2025 |