**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | |
|---|---|
| In re:<br>**HUMBLE BARON, INC.**<br><br>Debtor(s) | Case No. **26-11577**<br>Chapter **7** |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/8/2026, I did cause a copy of the following document, described below.

- Application to Employ Thomas Ore as Appraiser and Auctioneer Pursuant to Fed.R.Bankr.P. 2014 and Local Rule 2014-1,
- Statement Under Penalty of Perjury
- Order Authorizing Employment of Appraiser and Auctioneer for Trustee Pursuant to Fed.R.Bankr.P. 2014 and Local Rule 2014-1

to be served for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).

A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.
Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/8/2026

*/s/ Trudy M. Edwards*
Trudy McKelvey Edwards, #14646
300 S. College Street
Winchester, TN 37398
931-967-4303
Law.tedwards@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | |
|---|---|
| In re:<br>**HUMBLE BARON, INC.**<br><br>Debtor(s) | Case No. **26-11577**<br>Chapter **7** |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/8/2026, I did cause a copy of the following document, described below.

- Application to Employ Thomas Ore as Appraiser and Auctioneer Pursuant to Fed.R.Bankr.P. 2014 and Local Rule 2014-1,
- Statement Under Penalty of Perjury
- Order Authorizing Employment of Appraiser and Auctioneer for Trustee Pursuant to Fed.R.Bankr.P. 2014 and Local Rule 2014-1

were deposited for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/8/2026

*/s/ Naomi Rodriguez*
Naomi Rodriguez
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on October 8, 2026, I caused a copy of Application to Employ Thomas Ore as Appraiser and Auctioneer Pursuant to Fed.R.Bankr.P. 2014 and Local Rule 2014-1; Statement Under Penalty of Perjury and Order Authorizing Employment of Appraiser and Auctioneer for Trustee Pursuant to Fed.R.Bankr.P. 2014 and Local Rule 2014-1 to be served by First Class, United States mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| Humble Baron, Inc. | 4503 Barone Drive | Murfreesboro, TN 37128-2251 | | |
| TN Dept of Labor - Bureau of Unemployment In | c/o TN Attorney Generals Office, | Bankruptcy Division | PO Box 20207 | Nashville, TN 37202-4015 |
| Uncle Nearest Real Estate Holdings, LLC | 3125 Highway 231 N | Shelbyville, TN 37160-7333 | | |
| Absolute POS LLC | 5516 Eatons Creek Rd | Joelton, TN 37080-8975 | | |
| Apple Industries Inc. | 200 Forest Drive Unit 8 | Greenvale, NY 11548-1216 | | |
| Ascap | Po Box 331608 | Nashville, TN 37203-7515 | | |
| Aspire/968 W. Veteran Realty LLC | 50 Tice Blvd | Woodcliff Lake, NJ 07677-7654 | | |
| Auto-Chlor System | 450 Ferguson Drive | MOUNTAIN VIEW, CA 94043-5214 | | |
| BME Services Inc | 1760 Lakeland Pk Dr | Burlington, KY 41005-8066 | | |
| BMI | 10 Music Square East | Nashville, TN 37203-4321 | | |
| Bar Alliance Nashville | Po Box 764 | Madison, TN 37116-0764 | | |
| Capital One, N.A. | by AIS InfoSource LP as agent | 4515 N Santa Fe Ave | Oklahoma City, OK 73118-7901 | |
| Department of the Treasury | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | |
| Edward Don Company | 6255 Brook Hollow Parkway | Suite 780 | Norcross, GA 30071-4618 | |
| Empire Distributors of TN, Inc. - Nash | 3851 Industrial Pw | Old Hickory, TN 37138 | | |
| Fox Funding | 803 S 21st Avenue | Hollywood, FL 33020-6962 | | |
| Fuji Funding LLC | 1959 Swarthmore Avenue, Unit 2 | Lakewood, NJ 08701 | | |
| Global Music Rights | 1801 W. Olympic Blvd. | Pasadena, CA 91199-0001 | | |
| HG Staffing | PO Box 216 | Lascassas, TN 37085-0216 | | |
| Heartland - POS | PO Box 936565 | Atlanta, GA 31193-6565 | | |
| Holston Gases - Manchester | 1186 Murfreesboro Hwy | Manchester, TN 37355-2949 | | |
| Incorporating Services, Ltd. | 3500 S Dupont Hwy | Dover, DE 19901-6041 | | |
| Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101-7346 | | |
| JP Morgan Bank | 1414 Woodward Avenue | Mail Code LA2-7100 | Ruston, LA 71270-2015 | |
| Keith Weaver | 4503 Barone Drive | Murfreesboro, TN 37128-2251 | | |
| Keith Weaver | 600 N. Main Street, Suite 2000 | Shelbyville, TN 37160-3256 | | |
| Koorsen Environmental Services, LLC | 2719 N Arlington Ave | Indianapolis, IN 46218-3322 | | |
| Laura Bassett | 750 Old Hickory Blvd | Building One | Suite 200 | Brentwood, TN 37027-4567 |
| Music City VIP Tours | 2112 BRANCH OAK TRL | Nashville, TN 37214 | | |
| Nashwood Inc | 600 N Main St | Suite 2000 | Shelbyville, TN 37160-3256 | |
| Om Johari Fletcher | 2601 Old Spanish Trail | Slidell, LA 70461-4648 | | |
| OpenTable | 29109 Network Place | Chicago, IL 60673-1291 | | |
| Paychex | 1175 John Street | West Henrietta, NY 14586-9199 | | |
| RAMP BUSINESS CORPORATION | 28 W 23RD STREET | FLOOR 2 | NEW YORK NY 10010-5260 | |
| SESAC | 35 Music Square East | Nashville, TN 37203-4362 | | |
| SM Services LLC | 21175 State Hwy 249 #705 | Houston, TX 77070-1655 | | |
| Society Insurance | P.O. Box 1029 | Fond Du Lac, WI 54936-1029 | | |

| | | | | |
|---|---|---|---|---|
| Stacy Alan Mitchhart | 832 Brook Hollow Rd | Nashville, TN 37205-1254 | | |
| Star Advance LLC | 2365 Norstand Avenue | Brooklyn, NY 11210-3839 | | |
| State of Tn Department of Revenue | 500 Deaderick St | Nashville, TN 37242-0002 | | |
| Sysco Nashville | 1 Hermitage Plaza | Nashville, TN 37209-1002 | | |
| Tennessee Department of Revenue | c/o Tennessee Attorney Generals Of | Bankruptcy Division PO Box 20207 | Nashville, TN 37202-4015 | |
| The Brand Guild | 1056 Thomas Jefferson Street Nw | Washington, DC 20007-3801 | | |
| Tyrone Smith - Revue | P.O. Box 90014 | Nashville, TN 37209-0014 | | |
| US Attorneys Office | Howard H. Baker Jr. U.S. Courthouse | 800 Market Street, Suite 211 | Knoxville, TN 37902-2342 | |
| US Foods | PO Box 602224 | Charlotte, NC 28260-2224 | | |
| Uncle Nearest Real Estate Holdings, LLC | 3125 Highay 231 N | Shelbyville, TN 37160-7333 | | |
| Unique Funding | 4601 Sheridan Street | Suite 409 | Hollywood, FL 33021-3435 | |
| Vestis | PO Box 731676 | Dallas, TX 75373-1676 | | |
| Vestis Services, LLC fka ARAMARK Uniform & C | P.O. Box 1617 | Boise, ID 83701-1617 | | |